IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **SANDRA TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 7:18-cv-377 |
| | ) | |
| v. | ) | |
| | ) | |
| **LOWE'S HOME CENTERS, LLC,** | ) | By: Hon. Robert S. Ballou |
| | ) | United States Magistrate Judge |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court at the request of Plaintiff, Sandra Taylor, to voluntarily dismiss this matter in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All counsel of record are signatories to this Order indicating the parties' stipulation to the voluntary dismissal of this matter with prejudice.

As such, it is **ORDERED** that the defendant, Lowe's Home Centers, LLC, d/b/a Lowe's, be and hereby is **DISMISSED** with prejudice form this matter and that this matter be and hereby is **DISMISSED** in its entirety with prejudice from the docket of this Court.

Entered: September 3, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge